IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-601-FDW-DCK

| | |
|---|---|
| JUST COFFEE, INC., d/b/a DILWORTH COFFEE, ) ) ) Plaintiff, ) ) v. ) ) PHILIPP GERLACH and ) DILWORTH ESPRESSO L.L.C., ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by Robert Hall McWilliams, Jr., concerning Jennifer Lyn Mallory on November 19, 2014. Ms. Jennifer Lyn Mallory seeks to appear as counsel *pro hac vice* for Plaintiff Just Coffee, Inc.. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED.** Ms. Jennifer Lyn Mallory is hereby admitted *pro hac vice* to represent Plaintiff Just Coffee, Inc.

**SO ORDERED**.

Signed: November 19, 2014

David C. Keesler
United States Magistrate Judge